**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Freedom 26, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AP Bookkeeping 624 South Berendo Street, Apt. 205 Los Angeles, CA 90005 | | Bookkeeping Fees | | | | $862.50 |
| Gonzalez Law Group, APC 800 Wilshire Boulevard Los Angeles, CA 90017 | | Legal Fees | | | | $14,357.81 |
| Jacob N. Segura, A Law Corporation 11400 West Olympic Boulevard Suite 700 Los Angeles, CA 90064-1582 | | Legal Fees | | | | $55,211.17 |
| Nationwide Tax 16027 Ventura Boulevard, Suite 310 Encino, CA 91436 | | Accounting Fees | | | | $1,425.00 |
| Shaoul Levy 201 North Wilshire Boulevard Suite 200 Santa Monica, CA 90401 | | Loans | | | | $1,800,000.00 |