**Fill in this information to identify the case:**

Debtor name   Freedom 26, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   2:23-bk-16953-DS

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $    23,100,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................... $    838.98

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $    23,100,838.98

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ $    4,880,932.15

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    1,956,856.48

4. **Total liabilities** .............................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                $    6,837,788.63